Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
T: 310-551-5221
F: 310-496-2840

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lee Wigod, et al. | CASE NUMBER |
|---|---|
| v. Plaintiff(s) | 2:19-cv-02874 |
| CallFire, Inc. Defendant(s) | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Woodrow, Steven L. | of | Woodrow & Peluso, LLC |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 3900 E Mexico Ave., Suite 300 |
| 720-213-0675      303-927-0809 | | Denver, Colorado 80210 |
| *Telephone Number*   *Fax Number* | | |
| swoodrow@woodrowpeluso.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Lee Wigod

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| Aftergood, Aaron D. | of | The Aftergood Law Firm |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 1880 Century Park East, Suite 200 |
| 239853      310-551-5221      310-496-2840 | | Los Angeles, CA 90067 |
| *Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number* | | |
| aaron@aftergoodesq.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**