Cheryl L. O'Connor (SBN. 173897)
coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Michael B. Hazzard (*Pro Hac Vice*
application forthcoming)
mhazzard@jonesday.com
JONES DAY
51 Louisiana Ave. NW
Washington, D.C. 20001
mhazzard@jonesday.com
Telephone: (202) 879-5439
Facsimile: (202) 626-1700

Counsel to Defendant
*CallFire, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Hon. Stephen V. Wilson<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:        April 29, 2019<br>Current response date: May 20, 2019<br>New response date:     May 24, 2019 |

Pursuant to Local Rule 8-3, Plaintiff Lee Wigod ("Plaintiff") and Defendant CallFire, Inc., ("CallFire" or "Defendant") through their counsel, hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff filed his Complaint in this matter in the United States District Court for the Central District of California on or about April 15, 2019 (Dkt. No. 1);

WHEREAS, on April 29, 2019, Defendant was served with the Complaint in this action;

WHEREAS, the deadline for Defendant to respond to the Complaint is currently May 20, 2019;

WHEREAS, on May 16, 2019, the parties entered into a stipulation extending the time for Defendant to respond to the Complaint by 8 days, pursuant to Local Rule 8-3, extending the time to respond to May 24, 2019.

## STIPULATION

The parties hereby agree, through counsel, that Defendant's deadline to respond to the Complaint is extended to May 24, 2019.

Pursuant to Local Rule 5-4.3.4, Ann T. Rossum hereby attests that the following signatories concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

Dated: May 16, 2019                     WOODROW & PELUSO, LLC

*/s/ Steven L. Woodrow*
Steven L. Woodrow
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675

Attorneys for Plaintiff
*Lee Wigod*

| | |
|---|---|
| Dated: May 16, 2019 | JONES DAY<br><br>/s/ Ann T. Rossum<br>―――――――――――――――――<br>Cheryl L. O'Connor<br>coconnor@jonesday.com<br>Ann T. Rossum<br>atrossum@jonesday.com<br>3161 Michelson Drive<br>Suite 800<br>Irvine, CA  92612.4408<br>Telephone:  (949) 851-3939<br><br>Michael B. Hazzard (*Pro Hac Vice* application forthcoming)<br>mhazzard@jonesday.com<br>JONES DAY<br>51 Louisiana Ave. NW<br>Washington, D.C. 20001<br>mhazzard@jonesday.com<br>Telephone:  (202) 879-5439<br>Facsimile:  (202) 626-1700<br><br>Counsel to Defendant<br>*CallFire, Inc.* |