```
 1  Cheryl L. O'Connor (SBN. 173897)
    coconnor@jonesday.com
 2  Ann T. Rossum (SBN. 281236)
    atrossum@jonesday.com
 3  JONES DAY
 4  3161 Michelson Drive, Suite 800
    Irvine, California 92612-4408
 5  Telephone:  (949) 851-3939
 6  Facsimile:  (949) 553-7539
 7
 8  Michael B. Hazzard (Pro Hac Vice application
    forthcoming)
 9  mhazzard@jonesday.com
10  JONES DAY
    51 Louisiana Ave. NW
11  Washington, D.C. 20001
12  mhazzard@jonesday.com
    Telephone:  (202) 879-5439
13  Facsimile:  (202) 626-1700
14
    Attorneys for Defendant CallFire, Inc.
15
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Hon. Stephen V. Wilson<br><br>**CALLFIRE, INC.'S NOTICE OF INTERESTED ENTITIES**<br><br>Complaint Filed: April 15, 2019<br>Complaint Served: April 29, 2019 |

| | |
|---|---|
| 1 | The undersigned, counsel of record for CallFire, Inc., certifies that no persons, firms, partnerships, corporations, or other entities, other than the above-named Plaintiff and Defendant, have (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. |

Dated: May 16, 2019

JONES DAY

By: */s/ Ann T. Rossum*
 Ann T. Rossum

Counsel to Defendant
CALLFIRE, INC..