**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

**WOODROW & PELUSO, LLC**
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Wigod, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CallFire, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION**<br><br>Date: June 17, 2019<br>Time: 1:30 p.m.<br>Judge: Stephen V. Wilson<br>Courtroom: 10A<br>Complaint Filed: April 15, 2019 |

PLEASE TAKE NOTICE that on Monday, June 17, 2019 at 1:30 p.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Lee Wigod

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION    1

("Plaintiff" or "Wigod") shall appear before the Honorable Stephen V. Wilson or any judge sitting in his stead in Courtroom 10A of the United States District Court for the Central District of California, 350 W. 1st Street, Los Angeles, California 90012 and present Plaintiff's Unopposed Motion for Extension of Time to Move for Class Certification. In support of this motion Plaintiff states as follows:

1. Plaintiff filed the instant lawsuit on April 15, 2019. (Dkt. 1)

2. On April 29, 2019, Defendant CallFire, Inc. ("Defendant" or "CallFire") was served.

3. Under Local Rule 23-3, Plaintiff must move for class certification within ninety (90) days after serving the Complaint.

4. Therefore, Plaintiff's motion for class certification is currently due on July 29, 2019.

5. The class certification deadline may be moved by Order of the Court. *See* L.R. 23-3.

6. Plaintiff respectfully requests a six (6) month extension of the deadline to file his motion for class certification.

7. Additional time is required—Defendant has not yet responded to Plaintiff's Complaint and no discovery has begun. Here, Plaintiff anticipates that a considerable portion of the evidence relevant to the class certification inquiry is presently in Defendant's possession.

8. Plaintiff's counsel conferred with counsel for Defendant, who advised that Defendant does not oppose this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for Plaintiff to move for class certification by six months until January 28, 2020.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 17, 2019 | **LEE WIGOD**, individually and on behalf of all others similarly situated, |
| | By: /s/ Steven L. Woodrow<br>      One of Plaintiff's Attorneys |
| | **THE AFTERGOOD LAW FIRM**<br>Aaron D. Aftergood (239853)<br>aaron@aftergoodesq.com<br>1880 Century Park East, Suite 200<br>Los Angeles, CA 90067<br>Telephone: (310) 550-5221<br>Facsimile: (310) 496-2840 |
| | **WOODROW & PELUSO, LLC**<br>Steven L. Woodrow*<br>swoodrow@woodrowpeluso.com<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
| | Attorneys for Plaintiff and the Class |
| | *Pro Hac Vice* |

UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION

3

**CERTIFICATE OF SERVICE**

The undersigned, Steven L. Woodrow, hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on May 17, 2019.

/s/ Steven L. Woodrow