# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Wigod, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CallFire, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION** |

The Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to Move for Class Certification and being duly advised in the premises, hereby ORDERS as follows:

1. The Motion is GRANTED.
2. Plaintiff's deadline to file his motion for class certification is extended by six (6) months. Plaintiff shall file his motion for class certification no later than January 28, 2020.

**IT IS SO ORDERED.**

_____
Hon. Stephen V. Wilson
United States District Judge