Cheryl L. O'Connor (SBN. 173897)
coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Michael B. Hazzard (*pro hac vice*)
mhazzard@jonesday.com
JONES DAY
51 Louisiana Ave. NW
Washington, D.C. 20001
mhazzard@jonesday.com
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Counsel to Defendant
CALLFIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Assigned for all purposes to Judge Stephen V. Wilson<br><br>**CALLFIRE, INC.'S NOTICE MOTION AND MOTION TO DISMISS**<br><br>Hearing Date:  June 24, 2019<br>Time:              1:30 P.M.<br>Place:             10A<br><br>Complaint filed: April 15, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 24, 2019 at 1:30 p.m. before the Honorable Stephen V. Wilson in Courtroom 10A of the United States District Court for the Central District of California, located at 350 W. 1st Street, 10th Floor Los Angeles, California 90012, Defendant CallFire, Inc. ("CallFire") will and hereby

does move the Court for an Order dismissing with prejudice all claims asserted against it pursuant to Federal Rule of Civil Procedure 12(b)(6). CallFire seeks dismissal on grounds that Plaintiff fails to state a plausible cause of action with the specificity required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

     This Motion is based upon this Motion; the Memorandum of Points and Authorities in support of the Motion; the papers and pleadings on file with the Court, including any reply papers to be filed; and such other written or oral argument as may be presented at the hearing on this Motion.

     This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which occurred on May 16, 2019.

Dated: May 24, 2019                Respectfully submitted,

By: */s/ Michael B. Hazzard*
Cheryl L. O'Connor (SBN. 173897)
coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539

Michael B. Hazzard (*pro hac vice*)
mhazzard@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001.2113
Telephone:  +1.202.879.3939
Facsimile:  +1.202.626.1700

Counsel to Defendant
CALLFIRE, INC.