Cheryl L. O'Connor (SBN. 173897)
coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Michael B. Hazzard (*pro hac vice*)
mhazzard@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendant
CALLFIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Assigned for all purposes to Judge Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING CALLFIRE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: June 24, 2019<br>Time: 1:30 PM<br>Place: 10A<br><br>Complaint filed: April 15, 2019 |

## ORDER

The Motion to Dismiss Plaintiff's Complaint filed by Defendant CallFire in this matter came for hearing before this Court on _____.

1    Having considered the moving and opposition papers, arguments, and all
2  other matters presented to the Court, the Court finds that Plaintiff Lee Wigod has
3  failed to state a claim upon which relief can be granted.
4    It is hereby ORDERED that CallFire's Motion to Dismiss is GRANTED.
5  The Complaint in this case is ORDERED dismissed [with] [without] prejudice.
6  Dated:

By:_____
Hon. Stephen V. Wilson
Judge, United States District Court