1   Steven L. Woodrow*
        swoodrow@woodrowpeluso.com
2   **WOODROW & PELUSO, LLC**
    3900 East Mexico Avenue, Suite 300
3   Denver, Colorado 80210
    Telephone: (720) 213-0675
4   Facsimile: (303) 927-0809

5   *Pro Hac Vice*

6   Attorneys for Plaintiff and the alleged Classes

7   Cheryl L. O'Connor (SNB. 173897)
        coconnor@jonesday.com
8   Ann T. Rossum (SBN. 281236)
        atrossum@jonesday.com
9   **JONES DAY**
    3161 Michelson Drive, Suite 800
10  Irvine, California 92612-4408
    Telephone: (949) 851-3939
11  Facsimile: (949) 553-7539

12  Attorneys for Defendant

13  [Additional counsel appearing on signature page]

14              **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

17  **Lee Wigod,** individually and on behalf
    of all others similarly situated,          Case No.  2:19-cv-02874-SVW-MAA

18                          Plaintiff,

19          v.                                  **JOINT STIPULATION TO
                                                CONTINUE HEARING RE:
20  **CallFire, Inc.,** a Delaware corporation, DEFENDANT'S MOTION TO
                                                DISMISS (DKT. 17.)**
21                          Defendant.

22                                               Judge: Hon. Stephen V. Wilson

23                                               Complaint Filed: April 15, 2019

24  **TO THE HONORABLE COURT AND THE CLERK OF THE COURT:**

25          Pursuant to Local Civil Rules 7-1 and 7-11, Plaintiff Lee Wigod ("Plaintiff" or

26  "Wigod") and Defendant CallFire, Inc. ("Defendant" or "CallFire") by and through

27

28
    **JOINT STIPULATION TO CONTINUE
    HEARING RE: DEFENDANT'S MOTION                - 1 -
    TO DISMISS (DKT. 17.)**

1   their respective counsel of record, hereby stipulate and request that the Court enter

2   an Order as follows:

3          WHEREAS, Plaintiff filed this action on April 15, 2019 (Dkt. 1);

4          WHEREAS, on May 24, 2019, Defendant filed and served its Notice of

5   Motion and Motion to Dismiss, which is presently set for hearing on June 24, 2019;

6          WHEREAS, the Parties agree to continue the briefing and the hearing

7   regarding Defendant's Motion to Dismiss by three weeks until July 15, 2019;

8          WHEREAS, this stipulation is not entered into for the purpose of delay;

9          WHEREAS, the extension will enable the Parties to devote their time and

10  resources toward fully briefing the matter before the Court;

11         WHEREAS, no scheduling order has been entered and no trial date has been

12  set for this case and the Parties believe that the granting of the herein requested

13  continuance will not have any effect on the schedule of the case;

14         **THEREFORE**, in consideration of the foregoing, the Parties, by and through

15  their undersigned counsel, hereby stipulate, agree, and request that the Court enter an

16  Order as follows:

17         1.     That the hearing on Defendant's Motion to Dismiss (dkt. 17) be vacated

18  and continued until July 15, 2019, at 1:30 p.m.;

19

20  **IT IS SO STIPULATED.**

21

22  Dated: May 29, 2019                    **Lee Wigod**, individually and on behalf of all
                                            others similarly situated,

23

24                              By:    /s/ Steven L. Woodrow

25                                      Aaron D. Aftergood (239853)
                                         aaron@aftergoodesq.com
26                                      **THE AFTERGOOD LAW FIRM**
                                        1880 Century Park East, Suite 200
27                                      Los Angeles, CA 90067

28  JOINT STIPULATION TO CONTINUE
    HEARING RE: DEFENDANT'S MOTION          - 2 -
    TO DISMISS (DKT. 17.)

Telephone: (310) 550-5221

Steven L. Woodrow*
 swoodrow@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff Lee Wigod*

Dated: May 29, 2019    **CallFire, Inc.**,

By:  /s/ Michael B. Hazzard

Cheryl L. O'Connor (SBN. 173897)
 coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
 atrossum@jonesday.com
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Michael B. Hazzard*
 mhazzard@jonesday.com
**JONES DAY**
51 Louisiana Ave. NW
Washington, D.C. 20001
Telephone: (202) 879-5439
Facsimile: (202) 626-1700

*Attorneys for Defendant CallFire, Inc.*

*Pro Hac Vice

JOINT STIPULATION TO CONTINUE
HEARING RE: DEFENDANT'S MOTION  - 3 -
TO DISMISS (DKT. 17.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on May 29, 2019.


/s/ Steven L. Woodrow

**JOINT STIPULATION TO CONTINUE
HEARING RE: DEFENDANT'S MOTION
TO DISMISS (DKT. 17.)**

- 4 -