# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Lee Wigod,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CallFire, Inc.,** a Delaware corporation,<br><br>Defendant. | Case No.  2:19-cv-02874-SVW-MAA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO DISMISS (DKT. 17.)**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Complaint Filed: April 15, 2019 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO DISMISS (DKT. 17.)

- 1 -

Pursuant to the parties' May 29, 2019 Joint Stipulation to Continue Hearing re: Defendant's Motion to Dismiss (Dkt. 17), and good cause appearing, it is hereby Ordered:

    1.    That the hearing on Defendant's Motion to Dismiss set for June 24, 2019 is vacated and reset to July 15, 2019, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Hon. Stephen V. Wilson
United States District Judge