1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| **Lee Wigod,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CallFire, Inc.,** a Delaware corporation,<br><br>Defendant. | Case No.  2:19-cv-02874-SVW-MAA<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT'S MOTION TO DISMISS (DKT. 17.)**<br><br>Judge: Hon. Stephen V. Wilson<br><br>Complaint Filed: April 15, 2019 |

1         Pursuant to the parties' May 29, 2019 Joint Stipulation to Continue Hearing

2   re: Defendant's Motion to Dismiss (Dkt. 17), and good cause appearing, it is hereby

3   Ordered:

4       1.    That the hearing on Defendant's Motion to Dismiss set for June 24,

5             2019 is vacated and reset to July 15, 2019, at 1:30 p.m.

6   **IT IS SO ORDERED.**

7

8

9   Dated: June 13, 2019

10                                 Hon. Stephen V. Wilson

                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    **ORDER GRANTING JOINT**
  **STIPULATION TO CONTINUE HEARING**    - 2 -
  **RE: DEFENDANT'S MOTION**
  **TO DISMISS (DKT. 17.)**