**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

**WOODROW & PELUSO, LLC**
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Wigod, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CallFire, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL DATES AND FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION [Dkt. 33]** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-4.4.1, Plaintiff Lee Wigod hereby lodges the attached [Proposed] Order Granting Plaintiff's Motion to

NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL DATES AND FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION       1

Vacate Trial Dates and for Extension of Time to Move for Class Certification (Dkt. 33).

Respectfully submitted,

Dated: September 18, 2019     **LEE WIGOD**, individually and on behalf of all others similarly situated,

By: /s/ Steven L. Woodrow
      One of Plaintiff's Attorneys

**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

**WOODROW & PELUSO, LLC**
Steven L. Woodrow*
swoodrow@woodrowpeluso.com
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* *Pro Hac Vice*

NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL DATES AND FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION     2

**CERTIFICATE OF SERVICE**

The undersigned, Steven L. Woodrow, hereby certifies that a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's ECF system on September 18, 2019.

/s/ Steven L. Woodrow