# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lee Wigod, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CallFire, Inc., a Delaware corporation,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL DATES AND FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION** |

The Court, having considered Plaintiff's Motion to Vacate Trial Dates and For Extension of Time to Move for Class Certification and being duly advised in the premises, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. The current trial date set for December 10, 2019 and pre-trial date set for December 2, 2019 are hereby VACATED. The Court will set new trial and pre-trial dates following a Rule 16 conference with the parties.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE TRIAL DATES AND FOR EXTENSION OF TIME TO MOVE FOR CLASS CERTIFICATION

1

3. Plaintiff's deadline to file his motion for class certification is extended until July 14, 2020.

**IT IS SO ORDERED.**

                                                      _____

                                                      Hon. Steven V. Wilson

                                                      United States District Judge