Cheryl L. O'Connor (SBN. 173897)
coconnor@jonesday.com
Ann T. Rossum (SBN. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612-4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Michael B. Hazzard (*pro hac vice*)
mhazzard@jonesday.com
Mathew W. Hoffmann (*pro hac vice*)
mhoffmann@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendant
CALLFIRE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Assigned for all purposes to Judge Stephen V. Wilson<br><br>**PROOF OF SERVICE OF [PROPOSED] SEALED DOCUMENTS – DKT. NO. 49**<br><br>Complaint filed: April 15, 2019 |

# PROOF OF SERVICE

I, Kim Edmonds, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On October 28, 2019, I served a copy of the within documents:

**1.   Declaration of Jagannathan Thinakaran In Support of Defendant CallFire, Inc.'s Application for Leave to File Under Seal Documents In Connection with Its Motion for Summary Judgment;**

**2.   Defendant's Memorandum of Point and Authorities In Support of Its Motion for Summary Judgment - [PROPOSED] UNDER SEAL;**

**3.   [PROPOSED] Statement of Uncontroverted Facts and Conclusions of Law In Support of Defendant CallFire, Inc.'s Motion for Summary Judgement -[PROPOSED] UNDER SEAL;**

**4.   Declaration of Jagannathan Thinakaran In Support of Defendant CallFire, Inc.'s Motion for Summary Judgment - [PROPOSED] UNDER SEAL;**

**5.   Exhibit 8 to Declaration of Jagannathan Thinakaran In Support of Defendant CallFire, Inc.'s Motion for Summary Judgment - [PROPOSED] UNDER SEAL; and**

**6.   Exhibit 9 to Declaration of Jagannathan Thinakaran In Support of Defendant CallFire, Inc.'s Motion for Summary Judgment - [PROPOSED] UNDER SEAL.**

☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Aaron D. Aftergood
The Aftergood Law Firm
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Phone: (310) 550-5221
Fax: (310) 496-2840
Email: aaron@aftergoodesq.com

Steven L. Woodrow
Taylor T. Smith
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720)213-0675
Fax: (303) 927-0809
Email: swoodrow@woodrowpeluso.com
Email: tsmith@woodrowpeluso.com

*Attorney for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 28, 2019, at Irvine, California.

*/s/ Kim Edmonds*
Kim Edmonds