JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE WIGOD, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CALLFIRE, INC.,<br><br>Defendant. | Case No. 2:19-cv-02874-SVW-MAA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: April 15, 2019 |

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff Lee Wigod's claims against CallFire, Inc. ("CallFire") in the above-captioned matter are dismissed with prejudice and that the claims of the proposed class members are dismissed without prejudice. Plaintiff Lee Wigod and CallFire shall each bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: November 14, 2019

_____
Hon. Stephen V. Wilson
United States District Judge